# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JO ANNE M. CHANDLER,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　Defendant. | Case No.: 12-CV-1795 YGR<br><br>**ORDER DENYING MOTION TO STAY PROCEEDINGS WITHOUT PREJUDICE** |

　　　　Defendant United States of America brings this motion for an order staying this action pending resolution of an appeal pending before the United States Court of Appeals for the Ninth Circuit, Appeal Case No. 10-72317. Plaintiff Jo Anne M. Chandler opposes the motion. The Court heard argument regarding the motion at the regularly scheduled case management conference on July 20, 2012.

　　　　Having carefully considered the papers submitted and the pleadings in this action, the Court hereby **DENIES** the Motion to Stay without prejudice to any later such motion. In evaluating the competing interests and exercise of its discretion, the Court does not find that a stay is warranted at this time.

　　　　**IT IS SO ORDERED**.

Date: July 31, 2012

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**