United States District Court
Northern District of California

JO ANNE CHANDLER.,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

Case No.: CV 12-01795 YGR (KAW)

ORDER RE: DISCOVERY

On August 8, 2012, this matter was referred to U.S. Magistrate Judge Kandis A. Westmore for discovery purposes. The parties are hereby directed to the judge's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*.

Pursuant to the undersigned's Standing Order, formal motions to compel will not be entertained. Should discovery disputes arise, the parties are ordered to meet and confer to resolve the dispute per the Standing Order. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining discovery disputes consistent with the Order.

IT IS SO ORDERED.

DATE: August 9, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge