UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE CHANDLER,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No.:12- cv-1795-YGR<br><br>**ORDER WITHDRAWING REFERENCE TO EARLY NEUTRAL EVALUATION** |

Only July 30, 2012, this Court entered an order referring this case to the Court's Alternative Dispute Resolution ("ADR") Program for Early Neutral Evaluation ("ENE") in connection with the above-captioned matter. The Court has been advised that the ADR Program has conducted a phone conference with the parties and that the ADR Program does not recommend ENE under the present circumstances. Therefore, the Court **WITHDRAWS** the referral to the ENE Program. No other ADR referral is made at this time. The further case management conference in this matter remains on calendar for December 31, 2012, at 2:00 p.m.

**IT IS SO ORDERED**.

**Date:August 22, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc:  ADR