UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE CHANDLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.:12- cv-1795-YGR<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court sets this matter for a further case management conference on Monday, February 11, 2013, at 2:00 p.m. in Courtroom 5. The parties are directed to file updated case management statements seven days in advance of the case management conference, updating their prior statements with any new information.

The Court is informed that the Ninth Circuit Court of Appeal issued a Memorandum on September 25, 2012, affirming the decision of the United States Tax Court from which Plaintiff herein had appealed. Plaintiff is directed to address the effect of this decision on this action and whether she intends to prosecute this action in light of that decision.

**IT IS SO ORDERED.**

**January 8, 2013**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE