UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE M. CHANDLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case Number: 12-cv-1795 YGR<br><br>**ORDER APPOINTING COUNSEL FOR PLAINTIFF** |

　　　　Because the plaintiff, Jo Anne M. Chandler, has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Ethan Dettmer and Jenna Musselman Yott of Gibson, Dunn & Crutcher, LLP, 555 Mission Street, San Francisco, CA 94105-0921 are hereby appointed as counsel for plaintiff Jo Anne M. Chandler in this matter.

　　　　The scope of this referral shall be for:
　　　　　　☒　all purposes for the duration of the case
　　　　　　☐　the limited purpose of representing the litigant in the course of
　　　　　　　　☐　mediation
　　　　　　　　☐　early neutral evaluation
　　　　　　　　☐　settlement conference
　　　　　　　　☐　briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
　　　　　　　　_____

　　　　　　☐　discovery as follows:
　　　　　　　　_____
　　　　　　　　_____

　　　　　　☐　other:
　　　　　　　　_____
　　　　　　　　_____

　　　　Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

　　　　IT IS SO ORDERED.

Dated: April 23, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT