United States District Court
Northern District of California

1

2

3

4

5

6   JO ANNE M. CHANDLER.,

7           Plaintiff,

8       v.

9   UNITED STATES OF AMERICA,

10          Defendant.

Case No.: CV 12-01795 YGR (KAW)

ORDER RE: 5/16/13 HEARING ON 4/5/13
DISCOVERY LETTER

11

12       On April 15, 2013, the Court set the hearing on the April 5, 2013 discovery letter (Dkt.

13   No. 25) filed by the Government, in which then-*pro se* Plaintiff Jo Anne M. Chandler did not

14   participate. (Dkt. No. 26.)

15       In light of the recent appointment of pro bono counsel to represent Plaintiff (Dkt. No. 27),

16   the Court orders the parties to meet and confer regarding Plaintiff's discovery obligations under

17   the Federal Rules of Civil Procedure.  While the May 16, 2013 hearing remains on calendar in the

18   interim, the Court is confident that all disputes can be resolved without court intervention.  If the

19   parties are unable to resolve all disputes without court intervention, the parties shall file an

20   updated joint letter by May 10, 2013 setting forth the status of their meet and confer efforts and

21   outlining the issues that remain unresolved.  The Court will then determine whether a hearing is

22   necessary.

23       IT IS SO ORDERED.

24   DATE: April 25, 2013

KANDIS A. WESTMORE
United States Magistrate Judge

25

26

27

28