United States District Court
Northern District of California

JO ANNE M. CHANDLER.,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No.: CV 12-01795 YGR (KAW)

ORDER RE: 5/16/13 HEARING ON 4/5/13 DISCOVERY LETTER

On April 15, 2013, the Court set the hearing on the April 5, 2013 discovery letter (Dkt. No. 25) filed by the Government, in which then-*pro se* Plaintiff Jo Anne M. Chandler did not participate. (Dkt. No. 26.)

In light of the recent appointment of pro bono counsel to represent Plaintiff (Dkt. No. 27), the Court orders the parties to meet and confer regarding Plaintiff's discovery obligations under the Federal Rules of Civil Procedure. While the May 16, 2013 hearing remains on calendar in the interim, the Court is confident that all disputes can be resolved without court intervention. If the parties are unable to resolve all disputes without court intervention, the parties shall file an updated joint letter by May 10, 2013 setting forth the status of their meet and confer efforts and outlining the issues that remain unresolved. The Court will then determine whether a hearing is necessary.

IT IS SO ORDERED.

DATE: April 25, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge