UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE CHANDLER,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.:12- cv-1795-YGR<br><br>**ORDER STAYING ACTION UNTIL MAY 21, 2013; VACATING CASE SCHEDULING DATES AND SETTING CASE MANAGEMENT CONFERENCE** |

In light of the appointment of counsel for Plaintiff Jo Anne Chandler, the Court hereby **ORDERS** as follows:

(1) all deadlines previously set by the Court (*see* Order at Dkt. No. 22) are **VACATED**;

(2) All proceedings in this action are hereby **STAYED until May 21, 2013**;

(3) A case management conference is set for **July 8, 2013, at 2:00 p.m.** The parties shall file a Joint Case Management Statement seven days in advance of that conference.

**IT IS SO ORDERED**.

**Date: April 30, 2013**

                                    **YVONNE GONZALEZ ROGERS**
                                    **UNITED STATES DISTRICT COURT JUDGE**