MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:    (415) 436-6475
Facsimile:    (415) 436-7009
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Jo Anne M. Chandler,<br><br>    Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>    Defendant. | Civil No. 4:12-cv-1795-YGR<br><br>ORDER GRANTING CONTINUANCE OF COMPLIANCE HEARING BASED UPON PARTIES' JOINT STATEMENT |

Defendant the United States of America ("United States"), and Plaintiff Jo Anne M. Chandler ("Plaintiff"), by and through undersigned counsel, hereby provide the following Joint Statement in response to the Court's Order dated January 9, 2014 (Doc. # 39):

On September 13, 2013, the parties participated in a Settlement Conference before the Honorable Jacqueline Scott Corley at which the parties reached an agreement regarding the disposition of this case. Specifically, it was agreed that Plaintiff would dismiss her claims in this matter with prejudice in exchange for a series of payments from the Internal Revenue Service. To date, the Internal Revenue Service has made only one of the three payments contemplated by

JOINT STATEMENT AND
[PROPOSED ORDER]
CIVIL NO. 4:12-CV-1795-YGR

1 the parties' agreement.  The United States represents that the Internal Revenue Service is

2 working on processing the remaining payments and is hopeful that they will be released soon.

3 Plaintiff prefers not to dismiss this action before all payments are received.  Accordingly, the

4 parties respectfully request that the Court set a further compliance hearing on Friday, February

5 21, 2014 at 9:01 a.m., and further order that, five (5) business days prior to the date of the

6 compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page

7 JOINT STATEMENT setting forth an explanation regarding the failure to comply.

Respectfully submitted this 16th day of January, 2014,

|  |  |
|---|---|
|  | MELINDA HAAG |
|  | United States Attorney |
| s/ Jenna Musselman Yott |  |
| JENNA MUSSELMAN YOTT | s/ Michael G. Pitman |
| Gibson Dunn and Crutcher | MICHAEL G. PITMAN |
| 555 Mission Street, Suite 3000 | Assistant United States Attorney, Tax Division |
| San Francisco, CA 94105 |  |
| 415-393-8369 | Attorneys for the United States of America |
| jyott@gibsondunn.com |  |

Attorneys for Plaintiff

### [~~PROPOSED~~] ORDER

Pursuant to the Joint Statement of Defendant the United States of America ("United States"), and Plaintiff Jo Anne M. Chandler ("Plaintiff"), it is hereby Ordered that:

(1) The compliance hearing set for this matter on Friday, January 24, 2014, on the Court's 9:01 a.m. Calendar, is ~~vacated;~~ CONTINUED

(2) THE CONTINUED compliance hearing shall be held on Friday, February 21, 2014, on the Court's 9:01 a.m. Calendar; and

(3) Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page JOINT STATEMENT setting forth an

JOINT STATEMENT AND
[~~PROPOSED~~ ORDER]
CIVIL NO. 4:12-CV-1795-YGR

2

explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

SO ORDERED this <u>21ST</u> day of <u>JANUARY</u>, 2014.

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE