**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JO ANNE CHANDLER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.:12- cv-1795-YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLETE COMPLIANCE RE: SETTLEMENT AND DISMISSAL** |

**TO DEFENDANT THE UNITED STATES OF AMERICA AND ITS COUNSEL OF RECORD, MICHAEL G. PITMAN**:

You are **ORDERED TO SHOW CAUSE** why you should not be sanctioned for failure to complete compliance with the terms of the settlement agreement reached in the settlement conference held before Magistrate Judge Jacqueline Scott Corley on September 13, 2013.  The Court previously continued the compliance hearing in this matter from January 24, 2014, to February 21, 2014, based upon the representation of the United States and its counsel that it was "working on processing the remaining payments and is hopeful that they will be released soon." (Dkt. No. 40.)  The parties have now filed an new joint statement making the identical representation, with no further explanation for the delay, and seeking an additional four weeks for compliance.  (Dkt. No. 42.)

Counsel for Defendant and the person most knowledgeable for defendant the United States shall appear personally on **Friday, February 28, 2014, at 9:01 a.m.** in Courtroom 5 prepared to explain the lengthy delay in completing the terms of the settlement herein.   If payment is completed, in fact, prior to the hearing, the matter shall be taken off calendar and the Order to Show Cause vacated.

**IT IS SO ORDERED**.

Dated: Friday, February 14, 2014

                                                      **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**