United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JO ANNE CHANDLER,

     Plaintiff,

    vs.

UNITED STATES OF AMERICA,

     Defendant.

Case No.:12- cv-1795-YGR

**ORDER DISMISSING ACTION WITH PREJUDICE**

Pursuant to the parties' stipulation (Dkt. No. 45) and representation that the terms of the parties' settlement agreement have now been satisfied, the Court hereby **ORDERS** that this action is **DISMISSED WITH PREJUDICE**.

The Order To Show Cause set for Friday, February 28, 2014 is **VACATED**.

The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: February 26, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**